IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-00490-WYD-KMT

ALISHA GEHRING,

    Plaintiff,

v.

SALLIE MAE, INC.,

    Defendant.

---

### ORDER OF ADMINISTRATIVE CLOSURE

---

THIS MATTER is before the Court on the Unopposed Motion to Administratively Close Action Pending Arbitration Pursuant to D.C.COLO.LCivR 41.2 (ECF No. 12), filed May 19, 2014.  In the pending motion, the parties request that I administratively close this case, pending arbitration on Plaintiff's claims under the Telephone Consumer Protection Act (TCPA), found at 47 U.S.C. § 227.

After carefully reviewing the file in this matter, I find that since the length of the arbitration process described in the motion is uncertain, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Unopposed Motion to Administratively Close Action Pending Arbitration Pursuant to D.C.COLO.LCivR 41.2 (ECF No. 12) is **GRANTED.**  In furtherance of the administrative closure, the parties are ordered to submit joint status reports to the Court every **six months starting January 1, 2015**.  Based upon those

status reports, the Court will determine the appropriate course of action. If either party fails to file a status report by the ordered deadlines, the case shall be automatically reopened and subject to dismissal for lack of prosecution.

Dated: May 21, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge