IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00490–WYD–KMT

ALISHA GEHRING,

    Plaintiff,

v.

SALLIE MAE, INC.,

    Defendant.

---

**MINUTE ORDER**
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    This matter comes before the court on the Notice of Lien filed by National Consumer Advocates, Inc. (Doc. No. 15, filed May 5, 2015.)  On May 21, 2015, the court entered a Minute Order finding that the Notice of Lien violated Fed. R. Civ. P. 11(a) because it contained an indecipherable signature, with no address, email address, or telephone number.  The court advised National Consumer Advocates that the Notice of Lien would be stricken unless an amended notice of lien that complied with Rule 11(a) was filed on or before May 28, 2015.

    Despite being served with the Minute Order (Doc. No. 20.), National Consumer Advocates, Inc. failed to file an amended notice of lien by May 28, 2015.  Accordingly, the Notice of Lien (Doc. No. 15) is STRICKEN pursuant to Rule 11(a).  It is further ORDERED that Plaintiff's Motion to Strike Notice of Lien (Doc. No. 17, filed May 13, 2015) is DENIED as moot.

Dated: May 29, 2015